UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA JUPITER | CIVIL ACTION |
| VERSUS | |
| | NO. 2:17-cv-04708-MLCF-DEK |
| BERRY CONTRACTING, L.P., DOING BUSINESS AS | |
| BAY LTD., AND BERRY GP, INC. | FELDMAN/KNOWLES |

## JOINT MOTION TO STAY PENDING ARBITRATION

Plaintiff, Dana Jupiter, and Defendants, Berry Contracting, LP, d/b/a Bay Ltd. and Berry GP, Inc., ask this court to enter a stay of this matter pending arbitration through the auspices of the American Arbitration Association.

| | |
|---|---|
| _/s/ Eric R. Nowak_ | _/s/ Ellis B. Murov_ |
| ERIC R. NOWAK (27025) | ELLIS B. MUROV (9839) |
| SHIRIN E. HARRELL (27495) | ANDREW J. BAER (35638) |
| HARRELL & NOWAK, LLC | DEUTSCH, KERRIGAN & STILES, LLP |
| 650 Poydras Street, Suite 2107 | 755 Magazine Street |
| New Orleans, Louisiana 70130-6198 | New Orleans, LA  70130 |
| Telephone:  (504) 522-7885 | Phone:  504-581-5141 |
| Facsimile:  (504) 528-3131 | Fax:  504-566-1201 |
| **Attorneys for Plaintiff** | emurov@deutschkerrigan.com |
| | abaer@deutschkerrigan.com |
| | Attorneys for Berry Contracting, LP d/b/a Bay Ltd. and Berry GP, Inc. |

1