UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANA JUPITER | CIVIL ACTION |
| VERSUS | |
| | NO. 2:17-cv-04708-MLCF-DEK |
| BERRY CONTRACTING, L.P., DOING BUSINESS AS | |
| BAY LTD., AND BERRY GP, INC. | FELDMAN/KNOWLES |

**O R D E R**

Considering the foregoing motion,

IT IS ORDERED that the above captioned action be and is hereby STAYED pending arbitration with the offices of the American Arbitration Association.*

New Orleans, Louisiana, this **6th** day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

```
*The case is hereby administratively
closed, for statistical purposes, to be
re-opened if necessary upon a party'ss
motion.
```

1